**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2009

Charles R. Fulbruge III
Clerk

No. 08-60457
Summary Calendar

ASMITA NANASIA

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A99 616 512

Before BENAVIDES, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Asmita Nanasia, a native and citizen of India, petitions this court to review the decision of the Board of Immigration Appeals (BIA) upholding the decision of the immigration judge (IJ) denying her application for withholding of removal. Nanasia argues that given her credible testimony and the documentary evidence depicting the persecution of Muslims by Hindu extremists, a reasonable person in her circumstance would fear persecution if returned to India.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We conclude from a review of the record that the BIA's determination is supported by substantial evidence, and the record does not compel a conclusion contrary to the BIA's denial of withholding of removal. *See Eduard v. Ashcroft*, 379 F.3d 182, 193 (5th Cir. 2004); *Chun v. INS*, 40 F.3d 76, 78 (5th Cir. 1994); 8 C.F.R. § 208.16(b). Nanasia does not challenge the finding that her asylum application was untimely filed nor the finding that she is not entitled to protection under the Convention Against Torture. Thus, these claims are deemed abandoned. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003). Accordingly, the petition for review is DENIED.